IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: October 16, 2012 |
| Court Reporter:    Kara Spitler | Probation: Veronica Ramirez and Darren Streich |

Criminal Action No. 11-cr-00434-RBJ

*Parties*:

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

JAN MICHAEL PHILLIPS,

　　Defendant.

*Counsel*:

Michael Carey

Matthew Golla

### SENTENCING MINUTES

**Court in session:**     8:29 a.m.

Appearances of counsel.

Defendant is present in custody.

Mr. Golla addresses the Court regarding objections to the Presentence Investigation Report.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government, the victim and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant pled guilty to Count One of the Indictment on February 24, 2012.

**ORDERED:**   Motion for Discovery #[16] is WITHDRAWN.

**ORDERED:**   Motion to Dismiss Indictment #[17] is WITHDRAWN.

**ORDERED:**   Motion for a Non-Guideline Sentence #[35] is GRANTED.

**ORDERED:**   Defendant shall be **imprisoned** for **sixty-three (63) months** to run consecutive to Western District of Oklahoma case #CR 07-00202-001-H.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3)** years to run concurrent with Western District of Oklahoma case #CR 07-00202-001-H.

**ORDERED:**   **Conditions** of Supervised Release that:

   (**X**)   Comply with conditions imposed in Western District of Oklahoma case #CR 07-00202-001-H.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**8:54 a.m.**   **Court in recess.**

Hearing concluded.

Total time:   00:25